# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CASE NO. 3:16-CR-222 |
| : | |
| : | (JUDGE MANNION) |
| **v.** : | |
| : | |
| **LOUIS ANTHONY ZAYAS** : | |
| : | |
| **Defendant** : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion for withdrawal of guilty plea pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), (Doc. 52), is **GRANTED**. By separate order the court will schedule the Final Pretrial Conference and Trial.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 9, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-222-01-Order.docx