UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-1265
_____

UNITED STATES OF AMERICA

v.

LOUIS ANTONIO ZAYAS,
                Appellant

On Appeal from United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 3-16-cr-00222-001).
District Court Judge: Honorable Malachy E. Mannion

Argued September 22, 2021
_____

Before: SMITH, *Chief Judge*, McKEE and RESTREPO, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on September 22, 2021.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court Judge, entered on January 31, 2020, is hereby AFFIRMED as to convictions on Counts One, Two, and Four; REVERSED and VACATED as the conviction on Count Three and REMANDED for resentencing.

2

All of the above in accordance with the opinion of this Court.

Attest:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 21, 2022